AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTHONY RAMON PENICK,

Plaintiff,

v.

WARE STATE PRISON; WARDEN JOHN DOE; MR. THIFT/MR. GRIFF; and GEORGIA DEPARTMENT OF CORRECTIONS

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:22-cv-061

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 16, 2023, Plaintiff's Complaint is dismissed without prejudice for failure to follow this Court's Order and failure to prosecute. Plaintiff is denied leave to appeal in forma pauperis, and this case stands closed.

Approved by: _____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

March 16, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020